IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Criminal Action: | 13-cr-00070-RBJ | Date:  January 14, 2015 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Kara Spitler |
| Interpreter: | N/A | Probation:  Patrick Lynch |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA <br> **Plaintiff** | *James R. Boma* |
| **v.** | |
| 3.  ISIDRO NOE MENDOZA-ORTIZ <br> **Defendant** | *David L. Miller* |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**    8:30 a.m.

Interpreter not present.  Defendant's immigration attorney helps to translate.

Appearances of counsel.

Defendant present in custody.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**  [234] Unopposed Motion for Non Guideline Statutory Sentence is GRANTED.

[236] Motion to Dismiss Counts One, Two and Six of the Indictment with Prejudice as to this Defendant Only at the conclusion of his Sentencing Hearing is GRANTED.

[237] Government's Motion for Defendant to Receive the Third Level for Acceptance of Responsibility Under U.S.S.G. §3E1.1(b) is GRANTED.

**ORDERED:**   Defendant shall be sentenced to **probation** for **3 years** as to Count Three of the Indictment.

**ORDERED:**   **Conditions** of probation that:
- (**X**)   Defendant shall not commit another federal, state or local crime.
- (**X**)   Defendant shall not possess a firearm or destructive device.
- (**X**)   Defendant shall not illegally possess controlled substances.  The Court waives the mandatory drug testing provision of 18 U.S.C. § 3563(a)(5), because the presentence report indicates a low risk of future substance abuse by the defendant.
- (**X**)   Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:**   **Special Condition** of probation that:
- (**X**)   If the defendant is deported, he shall not thereafter re-enter the United States illegally. If the defendant re-enters the United States legally, he shall report to the nearest U.S. Probation Office within 72 hours of his return.
- (**X**)   All employment must be approved in the advance by the supervising probation officer.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

Defendant's bond is DISCHARGED.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**Court in recess:**  8:41 a.m.             Hearing concluded.             Total time:      00:11